LF



RECEIVED

APR 12 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Sequoia Williams on
behalf of her son, Mason,
Thompson                     )
                    **Plaintiff(s),**        )
                                )
            **vs.**             )
                                )
Board of Education            )
of Chicago, Tamara           )
Little-John                   )
                    **Defendant(s).**        )

1:18-cv-02654
Judge: Harry D. Leinenweber
Magistrate: Sheila M. Finnegan

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a pro se plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1.   This is a claim for violation of plaintiff's civil rights as protected by the Constitution and

     laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.   The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3.   Plaintiff's full name is   Sequoia S Williams                .

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

4.  Defendant, _____Tamara ~~Leta~~ Littlejohn_____, is
    (name, badge number if known)

    ☐ an officer or official employed by _____Board of Education of Chicago_____
    (department or agency of government)

    _____ or

    ☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5.  The municipality, township or county under whose authority defendant officer or official
    acted is _____Chicago Board of Education_____. As to plaintiff's federal

    constitutional claims, the municipality, township or county is a defendant only if

    custom or policy allegations are made at paragraph 7 below.

6.  On or about _____March 16, 2018_____, at approximately _____2_____ ☐ a.m. ☒ p.m.
    (month,day, year)

    plaintiff was present in the municipality (or unincorporated area) of _____Chicago_____

    _____ , in the County of _____Cook_____,

    State of Illinois, at _____4414 S. Evans, Chicago 60653_____
    (identify location as precisely as possible)

    when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

    ☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
    ☐ searched plaintiff or his property without a warrant and without reasonable cause;
    ☐ used excessive force upon plaintiff;
    ☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
    ☒ failed to provide plaintiff with needed medical care;
    ☒ conspired together to violate one or more of plaintiff's civil rights;
    ☐ Other: _____

    _____

    _____

2

_____.

7.     Defendant officer or official acted pursuant to a custom or policy of defendant

municipality, county or township, which custom or policy is the following: (*Leave blank*

*if no custom or policy is alleged*): _Failure to supervise_

_other students from injuring Mason Thompson._

_Failure to give proper documentation_

_which there is protocol to take Mason Thompson to_

_seek medical attention._

8.     Plaintiff was charged with one or more crimes, specifically:

_____

_____

_____

_____

_____

9.     (*Place an X in the box that applies. If none applies, you may describe the criminal
proceedings under "Other"*) The criminal proceedings

☐   are still pending.

☐   were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐   Plaintiff was found guilty of one or more charges because defendant deprived me of a

fair trial as follows_____

_____.

☐   Other: _____.

_____

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent
may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the
conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

10.   Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims.  To the extent possible, be specific as to your own actions and the actions of each defendant.*)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____.

11.   Defendant acted knowingly, intentionally, willfully and maliciously.

12.   As a result of defendant's conduct, plaintiff was injured as follows:

_____

_____

_____

_____.

13.   Plaintiff asks that the case be tried by a jury.   ☒ Yes      ☐ No

4

14.     Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such

as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy,

and/or any other claim that may be supported by the allegations of this complaint.


**WHEREFORE,** plaintiff asks for the following relief:

A.      Damages to compensate for all bodily harm, emotional harm, pain and suffering,

loss of income, loss of enjoyment of life, property damage and any other injuries

inflicted by defendant;

B.      ☐ *(Place X in box if you are seeking punitive damages.)* Punitive damages

against the individual defendant; and

C.      Such injunctive, declaratory, or other relief as may be appropriate, including

attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: _Sequoia Williams_

Plaintiff's name *(print clearly or type)*: _Sequoia S Williams_

Plaintiff's mailing address: _6655 S Perry Ave_

City _Chicago_      State _IL_      ZIP _60621_

Plaintiff's telephone number: (_708_) _802_ - _3860_.

Plaintiff's email address *(if you prefer to be contacted by email)*: _Swilliams2124@gmail.com_

_____

15.     Plaintiff has previously filed a case in this district.  ☐ Yes  ☒ No

*If yes, please list the cases below.*


*Any additional plaintiffs must sign the complaint and provide the same information as the first
plaintiff.  An additional signature page may be added.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

)
)
              Plaintiff )
**Case Number**:

Sequoia Williams on Behalf of her son mason )
Thompson Age 7. )
**Judge**:

              v. )
)
**Magistrate Judge**:

)
              Defendant )

Board of Education of Chicago, Tamara LittleJohn

Plaintiff Sequoia Williams on Behalf of Son mason Thompson Age 7, Pro See, complaining of the herein allege:

First: The jurisdiction of this court is invoked pursuant to the provisions of title 28, United States code, 1343(3), this being a suit in equity authorized by law, title 42, United States code, 1983, to be commenced by any ~~citation~~ citizen of the United States or other person within the jurisdiction thereof to redress the deprivation under color of statue, ordinance, regulation, custom or usage of a state of rights, privileges. and immunities secured by the Constitution and laws of the United States, as herein after more fully appears.

Second: On March 16, 2018 I recieved a call from the School insisting that I pick mason up and take him to the hospital immediately due to a scratch on his face. I recieved the call from Ms. Parker the secretary at carter G Woodson Elementary school.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

)
)
)
**Case Number**:
)
Sequoia Williams on Behalf of Son
Mason Thompson Age 7     Plaintiff
v.                                                    ) **Judge**:
)
)                                                    **Magistrate Judge**:
)
)
Board of Education of Chicago, Tumala Littlejohn     Defendant

upon arrival to the school I requested that police do a well-being check on Mason. Police provided a report after their investigation due to the principal refusing to give me any documentation for Mason to recieve medical Attention. Mason had to be questioned by both Police and EMT's from fire department. On 03/19/2018 there was a parent/Administrative conference where I was informed that the child who injured my son has an IEP for behavioral issues, and is suppose to have a paraprofessional around the clock. I was also informed by the principal that she intentionally removed the paraprofessional due to being short staff. We then signed off on conference notes that MS. LittleJohn intentionally did not list full incident to make Mason Thompson look like aggressor. Her report is complete opposite of Victims report.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

7

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Sequoia Williams on Behalf of son
Mason Thompson Age 7 )

Plaintiff )

)  **Case Number**:

)  **Judge**:

v. )

)  **Magistrate Judge**:

)

Board of Education of Chicago, Tamara Little John

Defendant

a, Tamara Little John failed to provide proper care and attention to Mason under circumstances that indicate that his welfare was both harmed and placed at substantial risk of harm. Resulting in both physical and mental injuries.

b. Due to Ms. Little John failing to provide proper supervision putting my child, and over twenty other students in danger. I filed a report after reasonable cause with DCFS Log #1353709 2 Taken by Rachael A.

Third: On April 6, 2018 from Laurie Green a teacher who was a sub. Stating that Mason was not listening. He was also afraid to go to school that morning.

I had a well-being check done on Mason By Sgt. Perkins from Second Police District/Officer of Carter G Woodson Elementary School.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

8

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

)
)
Plaintiff )
)
v. )
Board of Education of Chicago )
tamura Littlejohn. )
Defendant )

**Case Number**:

**Judge**:

**Magistrate Judge**:

Upon arrival I was informed by Mason that the child that injured him did not have an adult with him all morning. The Principal assured both me and the Sgt. that Mason's statement was false. After refusing several times she went down and personally got Ms. Green. She prepped talked her because Ms. Green was very defensive. At the end the Sgt, case worker, and myself were able to establish that he was left without an adult, and the Principal intentionally gave false information. Police refused to give me a report.

Fourth: 04/10/2018 Ms. Littlejohn informed two security officers of the school that I was banned from the school. If I did not have an appointment they were directed to have me arrested by CPD. I was put out of the school illegally I never recieved a visitor protocol letter, warning, and/or restrict letter. Principal informed CPD that chief of security authorized this. I was almost arrest by Sgt badge #898(CPD)(2nd district). On 04/11/2018 chief verified that the principal was not honest. 04/10/2018

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

9

Exhibit 1

**Chicago Police Department - Incident Report**                                      **RD #:   JB187915**



**Injury Info (WILLIAMS,Sequoia   - Parent/Guardian )**

Responding Unit:

**Injury Info (THOMPSON,Mason   - Victim )**

| | | | |
|---|---|---|---|
| CFD First Aid Given? | Yes | Injury Extent: | Minor |
| | | Hospital: | University Of Chicago Hospital |
| Responding Unit: | AMBULANCE 4 | Physician Name: | MCKEE |

| Type | Weapon Used | Other Weapon Used |
|---|---|---|
| Abrasions | Hand/Feet/Teeth/Etc. | Other - Hands |

**Injury Info ( ██████████  - Witness )**

Responding Unit:

**INJURIES**

---

**DOMESTIC INFO**

---

**OTHER**

**Miscellaneous**

Victim Information Provided                                    **Flash Message Sent ? No**

---

**NARRATIVE**

BWC INCIDENT #06868 IN SUMMARY, R/OS RESPONDED TO A CHECK THE WELL BEING AT ABOVE TIME AND LOCATION. UPON ARRIVAL, R/OS WERE MET BY SEQUOIA WILLIAMS (PARENT/GUARDIAN ) WHO RELATED THAT HER SON MASON THOMPSON (VICTIM) RECEIVED AN ABRASION (SCRATCH) TO THE LEFT SIDE OF HIS FACE BY ANOTHER 7 YEAR OLD STUDENT WHILE IN THE LUNCH ROOM. MASON THOMPSON (VICTIM) RELATED THAT OTHER CHILDREN FROM HIS CLASS WERE TRYING TO GET THEM TO FIGHT. SEQUOIA WILLIAMS (PARENT/GUARDIAN) WANTED DOCUMENTATION. AMBULANCE #4 RESPONDED AND TRANSPORTED MASON THOMPSON (VICTIM) TO THE UNIVERSITY OF CHICAGO COMER CHILDRENS HOSPITAL. R/OS SPOKE WITH THE PRINCIPAL OF THE SCHOOL ███████████ WHO RELATED THAT  AN INCIDENT REPORT THROUGH CPS WOULD BE GENERATED AND A COPY PROVIDED TO SEQUOIA WILLIAMS (PARENT/GUARDIAN). VICTIM AND MOTHER ARE IN THE WAITING AREA, WAITING TO BE SEEN IN THE EMERGENCY ROOM OF COMER CHILDREN'S HOSPITAL. DR.MCKEE IS THE ATTENDING PHYSICIAN IN THE EMERGENCY ROOM AND MASON THOMPSON (VICTIM) WILL BE TREATED AND RELEASED. SEQUOIA WILLIAMS (PARENT/GUARDIAN) WAS GIVEN VICTIM INCIDENT NOTICE.
 - STAR#: 18740 NAME: WILLIE CROWDER JR BEAT: 0215

---

**PERSONNEL**

| | Star No | | Name | | Date | Unit | Beat |
|---|---|---|---|---|---|---|---|
| Approving Supervisor | 1159 | ███ | MEDINA, Rafael | ███ | 16 Mar 2018 14:31 | 002 | |
| Reporting Officer | 17200 | ███ | RUIZ, Marisol, | ███ | 16 Mar 2018 13:33 | 002 | 0215 |

---

powered by CLEAR Technology

# CHICAGO POLICE DEPARTMENT
# ORIGINAL CASE INCIDENT REPORT

3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police Department Personnel Only)
CPD-11.388(6/03)-C)

**RD #:** JB187915

**EVENT #:** 1807506868

Case ID: 11257851 CASR229

| | | |
|---|---|---|
| **SUSPENDED** | | |

**INCIDENT**

**IUCR:** 5080 - Non-Criminal - Other Non-Criminal Persons

**Occurrence Location:** 4414 S Evans Ave
Chicago IL
314 - School, Public, Building

**Beat:** 0221

**Unit Assigned:** 0215
**RO Arrival Date:** 16 March 2018 12:19

**Occurrence Date:** 16 March 2018 12:11

---

**NON OFFENDER**

## PARENT/GUARDIAN - Individual

**Name:** WILLIAMS, Sequoia

**Res:** 537 E 43rd St
Chicago IL
708 - 802 - 3860

**Beat:** 0221

**Beat:** 5100

**Demographics**

Female
Black

**Age:** 23 Years - Approx.

## VICTIM - Individual

**Name:** THOMPSON, Mason

**Res:** 537 E 43rd St
Chicago IL
708 - 802 - 3860

**Beat:** 0221

**Beat:** 5100

Student

**Sobriety:** Sober

**Demographics** | **Juvenile**

Male
Black

**DOB:** 27 December 2010
**Age:** 7 Years

## WITNESS - Individual

**Name:** ▉

**Res:** ▉

**Empl:** ▉

**Beat:** 0221

**Beat:** 0221

**Demographics**

**DOB:** ▉
**Age:** ▉

---

Print Generated By: ▉

Page 1 of 2

02-APR-2018 14:32

RD #: JE 15

# VICTIM INFORMATION NOTICE/ CHICAGO POLICE DEPARTMENT

THIS IS NOT AN OFFICIAL POLICE REPORT - IT IS FOR INFORMATION PURPOSES ONLY. R.D. No. JB 208842

Ex'b't 4

INCIDENT Non Criminal Person

NAME OF VICTIM/COMPLAINANT Williams / Thompson

CASE NAME - PEOPLE OF STATE OF ILLINOIS/CITY OF CHICAGO Vs.

IUCR CODE

DATE/TIME OF OCCURRENCE 02 Apr 2018 1655

BEAT/UNIT OF ASSIGN 200  BEAT OF OCCUR 221

If an arrest has been place...owing is your court information: Date: _____ Time: _____ Court Branch: _____ Court Loc.: _____

tim/Witness Assistance Program of the Cook County State's Attorney's Office at (773) 869 - 7200.

## TELECOMMUNICATIONS DEVICE FOR THE DEAF/TELETYPE (TDD/TTY)

Hearing-impaired persons who possess such equipment may communicate with the Chicago Police Department 24 hours a day by calling (312) 746-9715. Hearing-impaired persons in need assistance during normal business hours may also contact their local police district or the Special Activities Section at (312) 745 - 5823.

## OBTAINING A WARRANT OR SUMMONS FOR CRIMINAL CHARGES

If an arrest is made, you will be informed of the date, time, and location of the court proceedings which your appearance will be required. When you report a crime and an arrest is not made, may go in person to the appropriate court listed below to request that criminal proceedings initiated by way of a warrant or summons. Bring this Victim Information Notice and any other relevant information, such as the offender's name, physical description, and home address to the warrant officer assigned to the court between 8:30 am and 11:30 am Monday through Friday (excluding court holidays). The warrant officer will then assist you in the process of obtaining the warrant summons.

| Police District of Occurrence | Court Branch for Warrant or Summons | |
|---|---|---|
| ☐ 14,15,16,17,25 | Branch 23 | 5555 W. Grand Ave. |
| ☐ 1,18,19,20,24 | Branch 29 | 2452 W. Belmont Ave. |
| ☐ 2,7,8,9 | Branch 34 | 155 W. 51st St. |
| ☐ 3,4,5,6,22 | Branch 35 | 727 E. 111th St. |
| ☐ 10,11,12 | Branch 43 | 3150 W. Flournoy St. |

* If your case relates to domestic violence, a warrant/summons will only be issued from the Domestic Violence Court located at 555 West Harrison, on the first floor.

## AUTOMATED VICTIM NOTIFICATION (AVN)

The County of Cook has a toll free, multilingual, 24-hour Automated Victim Notification System. To obtain information about a defendant's court date or custody inside of Cook County Jail: call 1-877-846-3445. Do not depend only on the AVN for your safety. If you feel that you may be in danger, take precautions as if the defendant has already been released.

## ILLINOIS CRIME VICTIMS NOTIFICATION

Innocent victims of violent crime may be eligible to receive benefits from the Illinois Crime Victims Compensation program for such costs as medical, funeral, loss of support, and wage loss. NO RECOVERY IS PROVIDED FOR PROPERTY LOSS OR DAMAGE, NOR FOR PAIN OR SUFFERING. To apply or to determine whether one qualifies, the victim, or if deceased, a relative dependent, must contact the Illinois Attorney General's Office. Further information and claim forms can be obtained from the Crime Victims Compensation Program, Office of the Attorney General of Illinois, 100 West Randolph Street, 13th Floor, Chicago, Illinois 60601, or by calling (312) 814-2581 1-800-228-3368, TTY: 1-877-398-1130 or email at crimevictimservices@atg.state.il.us.

## RECOVERY OF PROPERTY - STOLEN VEHICLE RECOVERY

The Chicago Police Department must be notified IMMEDIATELY, via the "911" emergency number when property reported lost or stolen is recovered.

## CREDIT CARDS - CHECKS, LOST OR STOLEN

Immediately notify the concerned credit card issuer or bank by telephone to reduce the possibility of being liable for the unauthorized use of your lost or stolen credit card or check. It is suggested that you also inform the credit card issuer or bank in writing as a follow-up measure to ensure proper notification.

**IMPORTANT: RETAIN THIS NOTICE FOR YOUR PERSONAL RECORDS**

Your case will be on file w... this number whenever you... Your case will be assigne... investigation. The presenc... would likely result in the arr... reviewed and retained to ... routinely contact you unless...

### TO REPORT ADDITIONAL INFORMATION
If you have knowledge of s... the unit marked below.

| | PROF | CRIMES | VIOLENT CRIMES | SPECIAL VICTIMS |
|---|---|---|---|---|
| AREA CENTRAL | ☐ (3 | 7-8382 | (312) 747-8380 | (312) 747-8385 |
| AREA SOUTH | ☐ (3 | '-8273 | (312) 747-8271 | (312) 747-8274 |
| AREA NORTH | ☐ (3 | 4-8263 | (312) 744-8261 | (312) 744-8266 |

BOMB SECTION ☐ ... ARSON SECTION ☐ (312) 746-7618

### MISSING PERSONS
☐ If the missing person is... Children 1-800-THE-LO... www.1800runaway.org.
☐ If the missing person is... Persons 1-800-U-HELP...
☐ When persons reported...

### COPY OF THE REPO...
The above listed R.D. Num... a copy of the case report is... or damage has been report... from the date the report... payable to the "DEPARTM... OF REVENUE-CITY OF CHICAGO" in the amount of $.50 and a self-addressed stamped ret... Section, 1st floor, 3510 Sout... with your request: 1) Victim's... of occurrence, and 4) R.D. N...

### MAKE THE RIGHT CA...
To report a crime in progress... To report non-emergency sit... call the Police Department at 311 within City limits, or if outside the City limits call (312) 746-6000.

### CHICAGO ALTERNAT... SAFE NEIGHBORHOODS
The police alone cannot solv... working with the police and... neighborhood police officers... Become part of the CAPS te...

You live on Beat:___
Your next Beat Community N... will be held on (date / time) at (location) _____ nglish

CPD-11.383 (Rev. 12/1...

Exibit 3

# MISCONDUCT REPORT

Chicago
Public
Schools

Dear Parent/Guardian (Pippens, Moriah),

Your student engaged in inappropriate behavior and has been assigned an intervention and/or consequence under the CPS Student Code of Conduct ("SCC"; find online: http://cps.edu/Pages/StudentResourcesStudentCodeofConduct.aspx).

STUDENT NAME: ▓▓▓▓▓▓▓▓▓▓▓▓  SCHOOL: Carter G Woodson South Elementary School(6

STUDENT ID NUMBER: ▓▓▓▓▓▓  STUDENT DOB/AGE (GRADE): ▓▓▓▓▓▓▓▓▓

INCIDENT DATE: 3/16/2018  MISCONDUCT/INCIDENT REPORT # 1494343

SCC INFRACTION: 3-06  INCIDENT LOCATION: Cafeteria

NARRATIVE (do not include other students' names):

During the lunch period Mason sustained a scratch from the bottom of his eye to his cheek. Mason took the hat of student A. Student A then scratched Mason in the face. Mason reported it to Mr. Rimmer and Mr. Rimmer alerted AP Holland and Mason was brought to the main office. The school clerk called Mason's mom. The police were called to the school per the parent's request.

INTERVENTION/CONSEQUENCE ASSIGNED:

☒ Instructive/Corrective Response:  ☒ Restorative Practices:

Teacher/Student/Res/Adm Conference  Restorative Conversations

☐ Detention

☐ Suspension:

    ☐ Out-of-school: 0 day(s) starting on , returning on

    ☐ In-school: 0 day(s) starting on , returning on

Suspension Duration Rationale:

Out of School Suspension Justification:

    ☐ Chronic or extreme interruption to the other student's participation in school and the previous interventions have been attempted:

    ☐ Attendance presents imminent endangerment to students or staff

Additional Disciplinary Referrals:

    ☐ Referral for Disciplinary Reassignment (Contact the Network Office)

    ☐ Request for Expulsion Hearing

    ☐ District Intervention Program Referral (Also includes the SMART Program)

POLICE NOTIFICATION:  ☐ Yes  ☒ No

    Yes (P.D. RD# )  ☒ No

Parent/Guardian Notified of Misconduct by:

☐ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

☐ Emailed on 1/1/0001 to

☐ Hand delivered on 1/1/0001 to

If you have questions or need to reschedule a Parent Conference, please call at :

*For suspensions, you may appeal by contacting the Parent Support Hotline at 773/553-FACE (773/553-3223) or your Network. If your school has requested an expulsion hearing or a disciplinary reassignment and you would like the decision reconsidered, contact your Network.*

Completed By (name and title):_____  Date:_____

3/21/2018 11:25:51 AM

Exhibit H





# THE UNIVERSITY OF CHICAGO MEDICAL CENTER

# Summary of Care Document
# Cover Sheet

**For the receiving provider/organization:**

You are receiving this document because the below patient has been referred to your office for care, follow up and/or consultation after their recent stay at the University of Chicago Medicine. This document is being sent in order to share essential clinical information important to the transfer of patient care and to comply with CMS Meaningful Use Stage 2 Transitions of Care requirements.

## Patient Name: Thompson, Mason
## Medical Record Number: 3675989

**For the patient:**

This is important information about your care at the University of Chicago Medicine.

Please give these records to your doctor after you leave the hospital.

Exhibit 6



# The Carter G. Woodson School
4414 S. Evans
Chicago, Illinois 60653
Tel. (773) 535-1280

Principal: Tamara Littlejohn          Assistant Principal: Jerome Holland

## Parent/Teacher/Administration Conference Notes

Date: 3/19/18          Time 9:55

Student: Mason Thompson/Marcarius Pippen-Green

~~Teacher:~~ Principal Littlejohn          Grade: 1          Room: 202

Teacher Conference with Student – Date (s) _____ _____ _____

**Summary of Problem:** Marcarius'
Mason took a hat during lunch. Marcarius scratched him in his face on Friday.

**Conference Notes:**
The incident was discussed and the series of events were revealed. Mason apologized for taking his hat. Marcarius apologized about scratching him. Ms. Branch shared that there have been previous issues with Mason and Marcarius. The students apologized for a second time

**Agreed Plan of Action:**
Principal agreed to implement the Bully curriculum for second step. The students agreed to stay away from each other. To take calm breaths if anyone makes them upset. Student agreed to be leaders for the class.

Parent Signature _____ Phone _____

Student Signature _____

~~Teacher Signature~~ _____

Administrative Signature Tamara D. Littlejohn

Other (Title) _____ Signature _____

 Chicago Public Schools

**CHICAGO PUBLIC SCHOOLS**
**Department of Finance-Risk Management**
42 W. Madison, Chicago, Illinois 60602
Telephone 773-553-3310

Date:    Tuesday, April 10, 2018

Mason Thompson
537 W 43rd Place Apt 2W
Chicago, IL 60609

**RE:**                     Mason Thompson
**School:**              Carter G Woodson South Elementary School
**Date of Incident:**  Friday, March 16, 2018
**Incident Number:**   1494343

Dear Parent/Guardian:

This will confirm that we have received a report of the above incident. Incident reports are internal documents which we do not share due to privacy issues.

If your child does not have private health insurance to cover medical expenses resulting from this incident, he or she may be eligible for Illinois' free and low cost health insurance, AllKids. If you would like more information or would like to apply, please visit the State of Illinois Application for Benefits Eligibility (ABE) website at https://abe.illinois.gov or call the Illinois Department of Human Services at 1-800-843-6154.

If you wish to submit a bodily injury liability claim for consideration, please send a copy of this letter along with any supporting documentation to the Board's claim administrator at:

**Cannon Cochran Management Services, Inc. (CCMSI)**
**114 South Racine Avenue, 2 nd Floor**
**Chicago, IL 60607**
**Main: 312-455-1612**
**Fax: 312-455-1659**

Each claim submitted for consideration for payment will be individually evaluated. CPS reserves the right to deny any claim.

Sincerely,

Risk Management

*Educate, Inspire, Transform*

Case: 1:18-cv-02654 Document #: 1 Filed: 04/12/18 Page 18 of 18 PageID #:18



Department of Policy and Procedures
## Student Safety Transfer Authorization Form
*Enrollment and Transfer of Students Policy can be reviewed in Section 702.1, Board Report 10-0623-P01 08-0827-PO2*

| **Student Name:** Mason Thompson | **Safety Transfer Request Received** |
|---|---|
| **Student ID Number/School:** 50558760 | **Date:** 04/10/2018 |
| **Address:** 655 S Pulpit Ave 2nd fl | **By:** Adam King, Network SEL Specialist |
| **Telephone:** 708-802-3860 | *(Name/Title/Office)* Network 9 Office |
| ☐ Individualized Education Plan   ☐ English Language Learner   ☐ Homeless   ☐ Student Athlete | |
| **Print**<br>**Parent/Guardian Name/Date:**<br>Sequoia Williams | **Signature**<br>**Parent/Guardian Signature/Date:** |

**The following supporting documentation is attached to the safety transfer request:**

- ☐ Police Report #
- ☐ Listing of violent occurrences, including dates and witnesses' contact information
- ☐ Violence Hotline narrative
- ☑ Other  Incident #1494343
  *Other documentation must be reviewed and authorized, in writing, by the sending Chief of Schools or designee.*

*Parents do not write below this section.*

**Sending School Review:** The sending school principal has reviewed the safety transfer request with supporting documentation and ☐ agrees ☐ disagrees with the request. If principal disagrees, explain reasons:

**Receiving School Review:** The receiving school principal has reviewed the safety transfer request with supporting documentation and ☐ agrees ☐ disagrees with the request. If principal disagrees, explain reasons:

**Sending Network Review:** The sending COS or designee has reviewed the safety transfer request with supporting documentation, collaborated with the sending and receiving principals, and other Network Offices, as applicable, and ☐ approves the safety transfer request effective _____ for transfer to_____ ☐ cannot reach consensus. If consensus cannot be attained, explain reasons:

**Receiving Network Review:** The receiving COS or designee has reviewed the safety transfer request with supporting documentation, collaborated with the receiving and sending principals, and other Network Offices, as applicable, and ☐ approves the safety transfer request effective _____ for transfer to_____ ☐ cannot reach consensus. If consensus cannot be attained, explain reasons:

| **Print** | **Signature** |
|---|---|
| **Sending Principal Name/School/Date:** | **Principal Signature/Date:** |
| **Receiving Principal Name/School/Date:** | **Principal Signature/Date:** |
| **Sending COS/designee Name/Area #_____/Date:** | **Sending COS/designee Signature/Date:** |
| **Receiving COS/designee Name/Area #_____/Date:** | **Receiving COS/designee Signature/Date:** |

*Networks and schools do not write below this section.*

**Dept. of Policy and Procedures:** The Chief Education Office designee, Dept. of Policy and Procedures, has reviewed the safety transfer request with supporting documentation, collaborated with the COSs or designees, and relevant Central Office Departments and ☐ approves the safety transfer request effective _____ for transfer to _____

| Dept. of Policies and Procedures Designee Name/Date: | **Dept. of Policies and Procedures Designee Signature/Date:** |
|---|---|

Copy Distribution by Department of Policy and Procedures to: Sending/Receiving Principals, Sending/Receiving Networks, School Safety & Security, Law, Office of Special Education and Supports, Dept. of Language and Cultural Education, Homeless (STLS) and Sports Administration

Dept. of Policy and Procedures          06.14.2012