[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

MM

Emergency Motion



FILED
APR 12 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Seadora Williams on behalf of
son Mason Thompson Age 7
Plaintiff

v.

Board of Education of Chicago
Tamara Littlejohn
Defendant

1:18-cv-02654
Judge: Harry D. Leinenweber
Magistrate: Sheila M. Finnegan

2018 APR 12 PM [illegible]

E/

Fifth: I am requesting a temporary Restraining Order against Ms. Tamara Littlejohn for to preserve the status quo of the subject matter of litigation and prevent irreparable harm until a hearing can be held on a preliminary injunction.

A. This injury was forseeable because the principal is very aware of the IEP plan that's in place.

B. She was not the cause of the physical injury. Due to failure to supervise properly she became the proximate (legal) cause of the injury. She then left the child without a paraprofessional after the injury

[signature] Seadora Williams  04/12/2018

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10